

ENTERED
06/14/2010

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

In Re: § Case No. 98-42540
§
§
§   #314
§
Debtor(s). §

### Order for Payment of Unclaimed Funds

Upon the application of AMERICAN CAPITAL RESOURCES, INC.,

seeking payment of $21,318.00 representing funds previously unclaimed by

AMERICAN CAPITAL RESOURCES, INC.
THREE UNIVERSITY PLAZA
HACKENSACK, NJ 07061

a creditor or debtor in the above-entitled case, and it appearing from the application and

supporting documentation that AMERICAN CAPITAL RESOURCES, INC. is entitled to

the unclaimed funds, it is

Ordered that the Clerk pay $21,318.00 to:

TEMPIE SERVICES
723 Main Street, Ste 703
HOUSTON, TX 77002

Signed this ___ day of JUN 1 1 2010, _____.

United States Bankruptcy Judge